THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER SALEMI, Appellant.

Argued March 5, 1941; decided April 17, 1941.

*David L. Malbin* and *Samuel Goldstein* for appellant.

*William O'Dwyer, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.